# Notice Recipients

District/Off: 1084–1 | User: admin | Date Created: 3/27/2020
Case: 20–01022–t | Form ID: summons | Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Joel Alan Gaffney     joel@gaffneylaw.com

TOTAL: 1