UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF NEW MEXICO

In re:

FRED DALE VAN WINKLE, and,            Case No. 13-11743-t7

    Debtor.

---

BRIAN VAN WINKLE, not in his personal
capacity but solely as co-personal representative
of the estate of Fred Van Winkle, and         Adv. No. 20-01022-t
TAMMY SPRAGUE, not in her personal
capacity but solely as co-personal representative
of the estate of Fred Van Winkle,
              Plaintiffs,
  v.

BELLEVIEW VALLEY LAND CO., a New
Mexico corporation, JOHN H. WILLIAMS,
and ELLEN B. WILLIAMS,
              Defendants.

## CERTIFICATE OF SERVICE

Joel Alan Gaffney, Esq., an attorney licensed to practice before this court, hereby certifies that a copy of the Summons and Notice of Scheduling Conference in an Adversary Proceeding (Docket # 2) and a copy of the Complaint for Sanctions for Violation of Court Order (Docket #1) was served on April 2, 2020, by placing true and correct copies of them into an envelope with first-class mail postage prepaid and delivering the envelope to the United States Postal Service for delivery to the Defendants as follows:

    1) Belleview Valley Land Co., c/o President John H. Williams, 10217 E. Hwy 00, Hallsville, MO 65255;

    2) John H. Williams, 10217 E. Hwy 00, Hallsville, MO 65255; and

3) Ellen B. Williams, 10217 E. Hwy 00, Hallsville, MO 65255.

Date:  April 3, 2020         GAFFNEY LAW, PC

By:      *s/ Joel Alan Gaffney, Esq.*
Joel Alan Gaffney, Esq.
6565 America's Parkway Ste 200
Albuquerque, NM 87110
Tel:    (505) 563-5508
Fax:    (505) 213-0629
joel@gaffneylaw.com

[Type here]