Pete V. Domenici U.S. Courthouse  
333 Lomas Blvd. NW, 5th Floor  
Albuquerque, NM 87102  
505−415−7999/866−291−6805  
www.nmb.uscourts.gov

Case No.: 13−11743−t7  
Adversary No.: 20−01022−t  
Judge: David T. Thuma  
Judge/Location: TR

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re:**

Fred Dale Van Winkle and Associated Case in BAP,
    Debtor(s).

Brian Van Winkle, et al.,
    Plaintiff(s),

v.

Belleview Valley Land Co., et al.,
    Defendant(s).

## NOTICE OF CONTINUED SCHEDULING CONFERENCE

Notice is hereby given that a continued scheduling conference will be held on:

**Monday, June 15, 2020 at 11:00 AM, before the Honorable David T. Thuma, Judge Thuma's Hearing Room, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, 5th Floor, Albuquerque, NM 87102.**

(Document number, referenced docket text, and filer as shown below):

*1* − Adversary case 20−01022. (91 (Declaratory judgment)), (14 (Recovery of money/property − other)): Complaint by Brian Van Winkle, Tammy Sprague against Belleview Valley Land Co., Inc., John Williams, Ellen Williams. Fee Amount $350. (Gaffney, Joel)

**BY ORDER OF THE COURT**
Lana Merewether
Clerk of Court

_____

Appearing by telephone: Counsel/parties may appear via telephone if a request is made in advance by calling the chambers of Judge Thuma at (505) 600−4640 or by e−mail to thumastaff@nmb.uscourts.gov.

nm_ntchrgprlmap.jsp − 5/11/20