```
                          United States Bankruptcy Court
                             District of New Mexico
Van Winkle,
         Plaintiff                                          Adv. Proc. No. 20-01022-t

Belleview Valley Land Co.,
         Defendant
                              CERTIFICATE OF NOTICE
District/off: 1084-1           User: admin               Page 1 of 1         Date Rcvd: May 11, 2020
                               Form ID: prlhrgap         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust             E-mail/Text: USTPREGION20.OC.ECF@USDOJ.GOV May 12 2020 01:58:26     United States Trustee,
                   PO Box 608,    Albuquerque, NM  87103-0608
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2020 at the address(es) listed below:
              Joel Alan Gaffney    on behalf of Plaintiff Tammy  Sprague joel@gaffneylaw.com,
               5519@notices.nextchapterbk.com;paul@gaffneylaw.com
              Joel Alan Gaffney    on behalf of Plaintiff Brian  Van Winkle joel@gaffneylaw.com,
               5519@notices.nextchapterbk.com;paul@gaffneylaw.com
              W. T.  Martin Jr.   on behalf of Defendant Ellen B. Williams martinlaw@zianet.com,
               cgalloway@lawmdm.com
              W. T.  Martin Jr.   on behalf of Defendant John H. Williams martinlaw@zianet.com,
               cgalloway@lawmdm.com
              W. T.  Martin Jr.   on behalf of Defendant  Belleview Valley Land Co. martinlaw@zianet.com,
               cgalloway@lawmdm.com
                                                                                              TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re:**

Fred Dale Van Winkle and Associated Case in BAP,
    Debtor(s).

Brian Van Winkle, et al.,
    Plaintiff(s),

v.

Belleview Valley Land Co., et al.,
    Defendant(s).

## NOTICE OF CONTINUED SCHEDULING CONFERENCE

Notice is hereby given that a continued scheduling conference will be held on:

**Monday, June 15, 2020 at 11:00 AM, before the Honorable David T. Thuma, Judge Thuma's Hearing Room, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, 5th Floor, Albuquerque, NM 87102.**

(Document number, referenced docket text, and filer as shown below):

*1* − Adversary case 20−01022. (91 (Declaratory judgment)), (14 (Recovery of money/property − other)): Complaint by Brian Van Winkle, Tammy Sprague against Belleview Valley Land Co., Inc., John Williams, Ellen Williams. Fee Amount $350. (Gaffney, Joel)

                                        **BY ORDER OF THE COURT**
                                        Lana Merewether
                                        Clerk of Court

_____

Appearing by telephone: Counsel/parties may appear via telephone if a request is made in advance by calling the chambers of Judge Thuma at (505) 600−4640 or by e−mail to thumastaff@nmb.uscourts.gov.

nm_ntchrgprlmap.jsp − 5/11/20