# UNITED STATES BANKRUPTCY COURT
## FOR THE
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| **In re:** | ) |
| | ) |
| **Fred Dale Van Winkle**, | )    Case No. 13-11743-t7 |
| | ) |
| Debtor, | ) |
| | ) |
| and | ) |
| | ) |
| **Brian Van Winkle**, not in his personal capacity | ) |
| but solely as co–personal representative | ) |
| of the estate of Fred Van Winkle, and **Tammy** | ) |
| **Sprague**, not in her personal capacity but solely as | )    Adv. No. 20-01022 |
| co–personal representative of the estate of Fred Van | ) |
| Winkle, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| **Belleview Valley Land Co.**, a New Mexico | ) |
| corporation, **John H. Williams**, and **Ellen B.** | ) |
| **Williams**, | ) |
| | ) |
| Defendants. | ) |
| | ) |

---

## DEFENDANTS' CERTIFICATE OF SERVICE AS TO ITS REQUEST FOR ADMISSIONS TO BRIAN VAN WINKLE AND TAMMY SPRAGUE

---

COME NOW **Belleview Valley Land Co.,** a New Mexico corporation (*hereinafter referred to as "Belleview"*), **John H. Williams**, and **Ellen B. Williams** (*the Williams are hereinafter jointly referred in the singular to as "Williams"*)(*Williams and Belleview are jointly referred to as "Defendants"*) by and through their attorney, W. T. Martin, Jr., of Martin, Dugan & Martin, and certifies that it has served Defendants' Request for Admissions via e-mail on June 8, 2020 on Plaintiffs' attorney of record, Joel Gaffney at joel@gaffneylaw.com.

**Martin, Dugan & Martin**

By_____
        W. T. Martin, Jr.
        509 W. Pierce St.
        P.O. Box 2168
        Carlsbad, NM 88221-2168
        (575) 887-3528
        Fax (575) 887-2136
        e-mail: martinlaw@zianet.com
        Attorney for Defendants

## CERTIFICATE OF SERVICE

On June 8, 2020, opposing counsel was served by electronic filing.

**Martin, Dugan & Martin**

By_____
        W. T. Martin, Jr.

1