UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

FRED DALE VAN WINKLE,                                          Case No. 13-11743-t7

        Debtor.

BRIAN VAN WINKLE and
TAMMY SPRAGUE,

        Plaintiffs,

v.                                                            Adv. No. 20-1022-t

BELLEVIEW VALLEY LAND CO.,
JOHN H. WILLIAMS, and
ELLEN B. WILLIAMS

        Defendants.

## **<u>ORDER RESULTING FROM CONTINUED SCHEDULING CONFERENCE</u>**

The Court held a continued scheduling conference in the above-captioned adversary

proceeding on June 15, 2020.  Appearances were noted on the record.

Being sufficiently advised, it is HEREBY ORDERED:

1.      <u>Discovery Deadline</u>.  Discovery must be completed by October 30, 2020.

2.      <u>Pretrial Order Deadlines</u>:  Plaintiffs shall submit their portion of the pretrial order

to Defendants by November 2, 2020; Defendants shall submit their portion of the pretrial order to

Plaintiffs by November 9, 2020; and the parties shall submit their joint pretrial order to the Court

by, November 13, 2020.

3.      <u>Final Pretrial Conference</u>. The Court will hold a final pre-trial conference on November 16, 2020, starting at 9:00 a.m., in the Brazos Court Room, 5th Floor, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, Albuquerque, New Mexico.

_____

Hon. David T. Thuma
United States Bankruptcy Judge

Entered: June 17, 2020

Copies to: counsel of record

2