# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1084–1 | User: admin | Date Created: 6/17/2020 |
| Case: 20–01022–t | Form ID: pdfor1 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty     Joel Alan Gaffney     joel@gaffneylaw.com
aty     W. T. Martin Jr.     martinlaw@zianet.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust     United States Trustee     PO Box 608     Albuquerque, NM 87103–0608

TOTAL: 1