```
                         United States Bankruptcy Court
                            District of New Mexico
Van Winkle,
        Plaintiff                                              Adv. Proc. No. 20-01022-t

Belleview Valley Land Co.,
        Defendant                CERTIFICATE OF NOTICE
```

District/off: 1084-1          User: admin           Page 1 of 1              Date Rcvd: Jun 17, 2020
                              Form ID: pdfor1       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust             E-mail/Text: USTPREGION20.OC.ECF@USDOJ.GOV Jun 18 2020 02:13:04     United States Trustee,
                  PO Box 608,   Albuquerque, NM 87103-0608
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2020 at the address(es) listed below:
              Joel Alan Gaffney    on behalf of Plaintiff Tammy  Sprague joel@gaffneylaw.com,
               5519@notices.nextchapterbk.com;paul@gaffneylaw.com
              Joel Alan Gaffney    on behalf of Plaintiff Brian  Van Winkle joel@gaffneylaw.com,
               5519@notices.nextchapterbk.com;paul@gaffneylaw.com
              W. T.  Martin Jr.    on behalf of Defendant Ellen B. Williams martinlaw@zianet.com,
               cgalloway@lawmdm.com
              W. T.  Martin Jr.    on behalf of Defendant John H. Williams martinlaw@zianet.com,
               cgalloway@lawmdm.com
              W. T.  Martin Jr.    on behalf of Defendant  Belleview Valley Land Co. martinlaw@zianet.com,
               cgalloway@lawmdm.com
                                                                                              TOTAL: 5

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

FRED DALE VAN WINKLE, Case No. 13-11743-t7

    Debtor.

BRIAN VAN WINKLE and
TAMMY SPRAGUE,

    Plaintiffs,

v. Adv. No. 20-1022-t

BELLEVIEW VALLEY LAND CO.,
JOHN H. WILLIAMS, and
ELLEN B. WILLIAMS

    Defendants.

## ORDER RESULTING FROM CONTINUED SCHEDULING CONFERENCE

The Court held a continued scheduling conference in the above-captioned adversary proceeding on June 15, 2020. Appearances were noted on the record.

Being sufficiently advised, it is HEREBY ORDERED:

1.    Discovery Deadline. Discovery must be completed by October 30, 2020.

2.    Pretrial Order Deadlines: Plaintiffs shall submit their portion of the pretrial order to Defendants by November 2, 2020; Defendants shall submit their portion of the pretrial order to Plaintiffs by November 9, 2020; and the parties shall submit their joint pretrial order to the Court by, November 13, 2020.

3. <u>Final Pretrial Conference</u>. The Court will hold a final pre-trial conference on November 16, 2020, starting at 9:00 a.m., in the Brazos Court Room, 5th Floor, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, Albuquerque, New Mexico.

_____
Hon. David T. Thuma
United States Bankruptcy Judge

Entered: June 17, 2020

Copies to: counsel of record

2

Case 20-01022-t    Doc 12    Filed 06/19/20    Entered 06/19/20 22:25:49 Page 3 of 3