UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF NEW MEXICO

In re:

FRED DALE VAN WINKLE, and,                             Case No. 13-11743-t7

    Debtor.

---

BRIAN VAN WINKLE, not in his personal
capacity but solely as co-personal representative
of the estate of Fred Van Winkle, and                  Adv. No. 20-01022-t
TAMMY SPRAGUE, not in her personal
capacity but solely as co-personal representative
of the estate of Fred Van Winkle,
        Plaintiffs,
  v.

BELLEVIEW VALLEY LAND CO., a New
Mexico corporation, JOHN H. WILLIAMS,
and ELLEN B. WILLIAMS,
        Defendants.

## WITHDRAWAL OF DOCUMENT

BRIAN VAN WINKLE ("**Van Winkle**"), not in his personal capacity but solely as co-personal representative of the estate of Fred Van Winkle ("**Debtor**") and TAMMY SPRAGUE ("**Sprague**" and, collectively with Van Winkle, the "**Movants**"), not in her personal capacity but solely as co-personal representative of the estate of the Debtor, by and through their undersigned counsel GAFFNEY LAW, PC (Joel Alan Gaffney, Esq.), hereby withdraw the Reply (RE: related document(s)17 Motion to Extend/Shorten Time, 19 Response). Filed by Plaintiffs Tammy Sprague, Brian Van Winkle (Gaffney, Joel) (Entered: 11/19/2020 at 10:49:10) (Document # 20).

Date: November 19, 2020                GAFFNEY LAW, PC

                                          By:    *s/ Joel Alan Gaffney, Esq.*

Joel Alan Gaffney, Esq.  
6565 America's Parkway Ste 200  
Albuquerque, NM 87110  
(505) 563-5508  
joel@gaffneylaw.com

[Type here]