# Notice Recipients

District/Off: 1084–1    User: admin    Date Created: 11/20/2020
Case: 20–01022–t    Form ID: pdfor1    Total: 2

**Recipients of Notice of Electronic Filing:**
aty    Joel Alan Gaffney    joel@gaffneylaw.com
aty    W. T. Martin Jr.    martinlaw@zianet.com

TOTAL: 2