**IT IS ORDERED**

**Date Entered on Docket: December 17, 2020**

_____

**The Honorable David T. Thuma
United States Bankruptcy Judge**



---

# UNITED STATES BANKRUPTCY COURT
# FOR THE
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| **In re:** <br> **Fred Dale Van Winkle**, <br>       Debtor, <br> and <br><br> **Brian Van Winkle**, not in his personal capacity but solely as co–personal representative of the estate of Fred Van Winkle, and **Tammy Sprague**, not in his personal capacity but solely as co–personal representative of the estate of Fred Van Winkle, <br>       Plaintiffs, <br> vs. <br><br> **Belleview Valley Land Co.**, a New Mexico corporation, **John H. Williams**, and **Ellen B. Williams**, <br>       Defendants. | Case No. 13-11743-t7 <br><br><br><br> Adv. No. 20-1022t |

**STIPULATED ORDER TO EXTEND TIME FOR FILING DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE IN OPPOSTION TO THE MOTION FOR SUMMARY JUDGMENT**

1

**THIS MATTER** came before the Court upon the stipulation of the parties for an extension of the Defendants' deadline to Reply to Plaintiffs' Response in Opposition to the Motion for Summary Judgment. Because the response preparation time, as well as the deadline to file the Reply falls within the Christmas holidays with the deadline to file the Reply being on December 30, 2020, the parties have stipulated to extend the Defendants' Reply deadline to Friday, January 15, 2021. This Court finds the stipulated extension should be granted.

**IT IS THEREFORE ORDERED THAT** Defendants' deadline to file their Reply Plaintiffs' Response in Opposition to the Motion for Summary Judgment is extended to Friday, January 15, 2021.

##END OF ORDER##

**APPROVED & STIPULATED TO:**

**Martin, Dugan & Martin**

By_____
    W. T. Martin, Jr.
    509 W. Pierce St.
    P.O. Box 2168
    Carlsbad, NM 88221-2168
    (575) 887-3528
    Fax (575) 887-2136
    e-mail: martinlaw@zianet.com
    Attorney for Defendants

**Gaffney Law, PC**

By ___/s Approved by electronic mail 12/11/2020_
      Joel Alan Gaffney, Esq.
      6565 America's Parkway #200
      Albuquerque, NM 87110
      (505) 563-5508
      Attorney for Plaintiffs