United States Bankruptcy Court
District of New Mexico

Van Winkle,
    Plaintiff

Belleview Valley Land Co.,
    Defendant

Adv. Proc. No. 20-01022-t

# CERTIFICATE OF NOTICE

District/off: 1084-1      User: admin      Page 1 of 1
Date Rcvd: Dec 17, 2020      Form ID: pdfor1      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | Email/Text: USTPREGION20.OC.ECF@USDOJ.GOV | Dec 18 2020 02:25:00 | United States Trustee, PO Box 608, Albuquerque, NM 87103-0608 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 19, 2020      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joel Alan Gaffney | on behalf of Plaintiff Tammy Sprague joel@gaffneylaw.com 5519@notices.nextchapterbk.com;paul@gaffneylaw.com |
| Joel Alan Gaffney | on behalf of Plaintiff Brian Van Winkle joel@gaffneylaw.com 5519@notices.nextchapterbk.com;paul@gaffneylaw.com |
| W. T. Martin Jr. | on behalf of Defendant Ellen B. Williams martinlaw@zianet.com cgalloway@lawmdm.com |
| W. T. Martin Jr. | on behalf of Defendant John H. Williams martinlaw@zianet.com cgalloway@lawmdm.com |
| W. T. Martin Jr. | on behalf of Defendant Belleview Valley Land Co. martinlaw@zianet.com cgalloway@lawmdm.com |

TOTAL: 5

**IT IS ORDERED**

**Date Entered on Docket: December 17, 2020**



_____
**The Honorable David T. Thuma
United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# FOR THE
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| **In re:** <br> **Fred Dale Van Winkle**, <br>         Debtor, <br> and <br><br> **Brian Van Winkle**, not in his personal capacity but solely as co–personal representative of the estate of Fred Van Winkle, and **Tammy Sprague**, not in his personal capacity but solely as co–personal representative of the estate of Fred Van Winkle, <br>         Plaintiffs, <br> vs. <br><br> **Belleview Valley Land Co.**, a New Mexico corporation, **John H. Williams**, and **Ellen B. Williams**, <br>         Defendants. | Case No. 13-11743-t7 <br><br><br><br><br><br> Adv. No. 20-1022t |

**STIPULATED ORDER TO EXTEND TIME FOR FILING DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE IN OPPOSTION TO THE MOTION FOR SUMMARY JUDGMENT**

**THIS MATTER** came before the Court upon the stipulation of the parties for an extension of the Defendants' deadline to Reply to Plaintiffs' Response in Opposition to the Motion for Summary Judgment. Because the response preparation time, as well as the deadline to file the Reply falls within the Christmas holidays with the deadline to file the Reply being on December 30, 2020, the parties have stipulated to extend the Defendants' Reply deadline to Friday, January 15, 2021. This Court finds the stipulated extension should be granted.

**IT IS THEREFORE ORDERED THAT** Defendants' deadline to file their Reply Plaintiffs' Response in Opposition to the Motion for Summary Judgment is extended to Friday, January 15, 2021.

##END OF ORDER##

**APPROVED & STIPULATED TO:**

**Martin, Dugan & Martin**

By_____
    W. T. Martin, Jr.
    509 W. Pierce St.
    P.O. Box 2168
    Carlsbad, NM 88221-2168
    (575) 887-3528
    Fax (575) 887-2136
    e-mail: martinlaw@zianet.com
    Attorney for Defendants

2

**Gaffney Law, PC**

By  */s Approved by electronic mail 12/11/2020*
      Joel Alan Gaffney, Esq.
      6565 America's Parkway #200
      Albuquerque, NM 87110
      (505) 563-5508
      Attorney for Plaintiffs

3