# Attachment

# Case # D-1226-CV-2015-65
# Belleview Valley Land v Fred Van Winkle
# Docket

# New Mexico Courts
## Case Lookup

Name Search     Case Number Search     DWI Search

Case Detail

## Belleview Valley Land Co, et. al., v. Fred Van Winkle

### CASE DETAIL

| CASE NUMBER | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| D-1226-CV-201500065 | Sugg, John P. | 04/20/2015 | CARRIZOZO DISTRICT |

### PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | VAN WINKLE FRED |
| P | Plaintiff | 1 | BELLEVIEW VALLEY LAND CO |
|   |   |   | ATTORNEY: MARTIN WILFRED T. |
| P | Plaintiff | 2 | WILLIAMS JOHN |
|   |   |   | ATTORNEY: MARTIN WILFRED T. |
| P | Plaintiff | 3 | WILLIAMS ELLEN B. |
|   |   |   | ATTORNEY: MARTIN WILFRED T. |
| PR | Personal Representative | 1 | SPRAGUE TAMMY |
|   |   |   | ATTORNEY: MOBERLY KYLE H. |

### HEARINGS FOR THIS CASE

| HEARING DATE | HEARING TIME | HEARING TYPE | HEARING JUDGE | COURT | COURT ROOM |
|---|---|---|---|---|---|
| 03/11/2019 | 10:00 AM | MOTION HEARING | Counts, James Waylon | CARRIZOZO DISTRICT COURT | Division II Courtroom |

### CIVIL COMPLAINT DETAIL

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISPOSITION | DISPOSITION DATE |
|---|---|---|---|---|
| 04/20/2015 | 1 | OPN: COMPLAINT |  |  |

| COA SEQUENCE # | COA DESCRIPTION |
|---|---|

| 1 | Foreclosure | | |
|---|---|---|---|
| **PARTY NAME** | | **PARTY TYPE** | **PARTY #** |

## REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 07/10/2020 | REQUEST FOR HEARING/ SETTING | | | | |
| 12/27/2019 | MISCELLANEOUS ENTRY | | | | |
| | Agreed Charging Lien | | | | |
| 06/26/2019 | ANSWER | | PR | 1 | |
| | Answer to Second Amended Complaint | | | | |
| 06/21/2019 | NTC: OF NON-AVAILABILITY | | P | 2 | |
| | Notice of Non-Availability | | | | |
| 06/07/2019 | AMENDED COMPLAINT | | P | 1 | |
| | Second Amended Complaint For Judgement For Debt And Money Due On Promissory Note, To Foreclosure Real Estate Mortgage And To ForeClose Judgement Lien | | | | |
| 04/29/2019 | ORD: ORDER | | | | |
| | Order on Plaintiff's Motion to File Second Amended Complaint | | | | |
| 03/13/2019 | NTC: NOTICE | | P | 2 | |
| | Plaintiffs Notice Of Withdrawal Of Exhibit A Attached To Plaintiffs' Motion To File Second Amended Complaint | | | | |
| 03/01/2019 | NTC: HEARING (MOTION) | | | | |
| | March 11, 2019 at 10:00 a.m. with 30 minutes allotted, to be held in Otero County | | | | |
| 01/16/2019 | OBJECTION/OPPOSITION | | P | 2 | |
| 01/10/2019 | REQUEST FOR HEARING/ SETTING | | P | 2 | |
| | Request For Setting | | | | |
| 01/10/2019 | MTN: MOTION | | P | 2 | |
| | Plaintiffs' Motion To File A Second Amended Complaint For Judgment For debt And Money Due On Promissory Note | | | | |
| 01/09/2019 | NTC: OF FILING | | P | 2 | |
| | Notice Of Filing Of Order Terminating Automatic Stay | | | | |
| 08/05/2015 | NTC: NOTICE OF BANKRUPTCY | | | | |
| | Notice of Filing of Stipulated Order Staying State Court Litigation Pending Bankruptcy Court Addressing Adversary Complaint | | | | |
| 08/05/2015 | ENTRY OF APPEARANCE | | | | |
| | Entry of Appearance on behalf of Tammy Sprague as personal representative of the estate of Fred Van Winkle | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 06/29/2015 | SUMMONS RETURN | | | | |
| | Summons Return | | | | |
| 06/15/2015 | JDG: NOTICE OF JUDGE ASSIGNMENT | | | | |
| | To Honorable James Waylon Counts | | | | |
| 06/03/2015 | JDG: JUDGE EXCUSAL/PEREMPTORY CHALLENGE | | | | |
| | Peremptory Disqualification Of Judge | | | | |
| 06/02/2015 | JDG: NOTICE OF JUDGE ASSIGNMENT | | | | |
| | To Honorable Angie Schneider | | | | |
| 05/19/2015 | AMENDED COMPLAINT | | | | |
| | First Amended COmplaint For Judgment For Debt And Money Due On Promissory Note To Foreclose Real Estate Motgage And To Foreclose Real Estate Mortage And To Foreclose Judgment Lien | | | | |
| 05/15/2015 | NTC: OF FILING | | | | |
| | OF EXCUSAL | | | | |
| 05/15/2015 | JDG: JUDGE EXCUSAL/PEREMPTORY CHALLENGE | | P | 2 | |
| | Peremptory Disqualification Of Judge | | | | |
| 05/06/2015 | JDG: NOTICE OF JUDGE ASSIGNMENT | | | | |
| | Jerry H. Ritter Jr. | | | | |
| 04/22/2015 | NTC: OF FILING | | | | |
| | EXCUSAL | | | | |
| 04/21/2015 | JDG: JUDGE EXCUSAL/PEREMPTORY CHALLENGE | | | | |
| | Peremtory Disqualification Of Judge | | | | |
| 04/21/2015 | | | | | |
| 04/21/2015 | SUMMONS ISSUED | | | | |
| | Tammy Sprague | | | | |
| 04/21/2015 | ORD: ORDER | | | | |
| | REQUIRING COMPLETION OF SCHEDULING FORM | | | | |
| 04/20/2015 | OPN: COMPLAINT | | | | |
| | Complaint For Judgmet For Debt And Money Due On Promissory Note, To Foreclose Real Estate Motgage And To Forclose Judgement Lien | | | | |

### JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQUENCE # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 04/20/2015 | Parsons, Karen L. | 1 | INITIAL ASSIGNMENT |
| 05/06/2015 | Ritter, Jerry H., Jr. | 2 | Judge Peremptory Excusal |

| | | | |
|---|---|---|---|
| 06/02/2015 | Schneider, Angie K. | 3 | Judge Peremptory Excusal |
| 06/15/2015 | Counts, James Waylon | 4 | Judge Peremptory Excusal |
| 01/06/2021 | Sugg, John P. | 5 | Administrative Assignment |

Return   Print

©2007 New Mexico Courts