Pete V. Domenici U.S. Courthouse
333 Lomas Blvd. NW, 5th Floor
Albuquerque, NM 87102
505−415−7999/866−291−6805
www.nmb.uscourts.gov

Case No.: 13−11743−t7
Adversary No.: 20−01022−t
Judge: David T. Thuma
Judge/Location: TR

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re:**

Fred Dale Van Winkle and Associated Case in BAP,
    Debtor(s).

Brian Van Winkle, et al.,
    Plaintiff(s),

v.

Belleview Valley Land Co., et al.,
    Defendant(s).

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held on:

**Monday, February 8, 2021 at 10:30 AM, before the Honorable David T. Thuma, Judge Thuma's Hearing Room, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, 5th Floor, Albuquerque, NM 87102.**

(Document number, referenced docket text, and filer as shown below):

  *14* − Motion For Summary Judgment Filed by Defendants Ellen B. Williams, John H. Williams (Attachments: # 1 Exhibit 1−10 # 2 Exhibit 11−14 # 3 Exhibit 15−24 # 4 Exhibit 25−28) (Martin Jr., W. T.)

                                                **BY ORDER OF THE COURT**
                                                Lana Merewether
                                                Clerk of Court

_____

Appearing by telephone: Counsel/parties may appear via telephone if a request is made in advance by calling the chambers of Judge Thuma at (505) 600−4640 or by e−mail to thumastaff@nmb.uscourts.gov.

nm_ntchrgprlmap.jsp − 1/22/21