# Notice Recipients

District/Off: 1084–1   User: admin   Date Created: 1/22/2021
Case: 20–01022–t   Form ID: prlhrgap   Total: 3

**Recipients of Notice of Electronic Filing:**
aty   Joel Alan Gaffney   joel@gaffneylaw.com
aty   W. T. Martin Jr.   martinlaw@zianet.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust   United States Trustee   PO Box 608   Albuquerque, NM 87103–0608

TOTAL: 1