United States Bankruptcy Court
District of New Mexico

Van Winkle,
    Plaintiff                                                                        Adv. Proc. No. 20-01022-t

Belleview Valley Land Co.,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 1084-1                             User: admin                             Page 1 of 1
Date Rcvd: Jan 22, 2021                Form ID: prlhrgap                       Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | Email/Text: USTPREGION20.OC.ECF@USDOJ.GOV | Jan 23 2021 01:12:00 | United States Trustee, PO Box 608, Albuquerque, NM 87103-0608 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 24, 2021                     Signature:           /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joel Alan Gaffney | on behalf of Plaintiff Tammy Sprague joel@gaffneylaw.com 5519@notices.nextchapterbk.com;paul@gaffneylaw.com |
| Joel Alan Gaffney | on behalf of Plaintiff Brian Van Winkle joel@gaffneylaw.com 5519@notices.nextchapterbk.com;paul@gaffneylaw.com |
| W. T. Martin Jr. | on behalf of Defendant Ellen B. Williams martinlaw@zianet.com cgalloway@lawmdm.com |
| W. T. Martin Jr. | on behalf of Defendant John H. Williams martinlaw@zianet.com cgalloway@lawmdm.com |
| W. T. Martin Jr. | on behalf of Defendant Belleview Valley Land Co. martinlaw@zianet.com cgalloway@lawmdm.com |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re:**

Fred Dale Van Winkle and Associated Case in BAP,
    Debtor(s).

Brian Van Winkle, et al.,
    Plaintiff(s),

v.

Belleview Valley Land Co., et al.,
    Defendant(s).

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held on:

**Monday, February 8, 2021 at 10:30 AM, before the Honorable David T. Thuma, Judge Thuma's Hearing Room, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, 5th Floor, Albuquerque, NM 87102.**

(Document number, referenced docket text, and filer as shown below):

  *14* − Motion For Summary Judgment Filed by Defendants Ellen B. Williams, John H. Williams (Attachments: # 1 Exhibit 1−10 # 2 Exhibit 11−14 # 3 Exhibit 15−24 # 4 Exhibit 25−28) (Martin Jr., W. T.)

                                **BY ORDER OF THE COURT**
                                Lana Merewether
                                Clerk of Court

_____

Appearing by telephone: Counsel/parties may appear via telephone if a request is made in advance by calling the chambers of Judge Thuma at (505) 600−4640 or by e−mail to thumastaff@nmb.uscourts.gov.

nm_ntchrgprlmap.jsp − 1/22/21