# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1084−1 | User: admin | Date Created: 3/5/2021 |
| Case: 20−01022−t | Form ID: pdfor1 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty     Joel Alan Gaffney     joel@gaffneylaw.com
aty     W. T. Martin Jr.     martinlaw@zianet.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust     United States Trustee     PO Box 608     Albuquerque, NM 87103−0608

TOTAL: 1