**IT IS ORDERED**

**Date Entered on Docket: April 14, 2021**



_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF NEW MEXICO

In re:

FRED DALE VAN WINKLE,　　　　　　　　　　　Case No. 13-11743-t7

　　　Debtor.

---

BRIAN VAN WINKLE, not in his personal
capacity but solely as co-personal representative
of the estate of Fred Van Winkle, and　　　　　　Adv. No. 20-01022-t
TAMMY SPRAGUE, not in her personal
capacity but solely as co-personal representative
of the estate of Fred Van Winkle,
　　　Plaintiffs,
　v.

BELLEVIEW VALLEY LAND CO., a New
Mexico corporation, JOHN H. WILLIAMS,
and ELLEN B. WILLIAMS,
　　　Defendants.

## ORDER EXTENDING DEADLINES

**THIS MATTER** came before the Court upon the Motion of Plaintiffs requesting the extension of certain deadlines so all response deadlines coincide. The Court finds that no notice of the Motion was required and that the Motion is well-taken.

**IT IS THEREFORE ORDERED THAT** Plaintiffs' deadline to file their Reply to Document # 40, Defendants' Response to Court's Proposal to Grant Summary Judgment for the Plaintiffs, is extended to Wednesday, April 21, 2021.

**IT IS FURTHER ORDERED THAT** Plaintiffs' deadline to file their Response to Document # 41, Defendants'Motion to Dismiss and Supporting Brief for Lack of Jurisdiction, is extended to Wednesday, April 21, 2021.

**IT IS FURTHER ORDERED THAT** Plaintiffs may, if they choose, include the two responsive pleadings above into an omnibus response that also responds to Document # 42, Defendants' Second Motion for Summary Judgment Against Plaintiffs and Supporting Brief.

*Submitted by:*

    **GAFFNEY LAW, PC**

By   */s Prepared on April 9, 2021*
      Joel Alan Gaffney, Esq.
      PO Box 3460
      Albuquerque, NM 87190
      (505) 226-1748
      joel@gaffneylaw.com
      Attorney for Plaintiffs