United States Bankruptcy Court

District of New Mexico

Van Winkle,

    Plaintiff

Adv. Proc. No. 20-01022-t

Belleview Valley Land Co.,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 1084-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 14, 2021 | Form ID: pdfor1 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2021:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | Email/Text: USTPREGION20.OC.ECF@USDOJ.GOV | Apr 15 2021 01:09:00 | United States Trustee, PO Box 608, Albuquerque, NM 87103-0608 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2021               Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joel Alan Gaffney | on behalf of Plaintiff Tammy Sprague joel@gaffneylaw.com 5519@notices.nextchapterbk.com;paul@gaffneylaw.com |
| Joel Alan Gaffney | on behalf of Plaintiff Brian Van Winkle joel@gaffneylaw.com 5519@notices.nextchapterbk.com;paul@gaffneylaw.com |
| W. T. Martin Jr. | on behalf of Defendant Ellen B. Williams martinlaw@zianet.com cgalloway@lawmdm.com |
| W. T. Martin Jr. | on behalf of Defendant John H. Williams martinlaw@zianet.com cgalloway@lawmdm.com |
| W. T. Martin Jr. | on behalf of Defendant Belleview Valley Land Co. martinlaw@zianet.com cgalloway@lawmdm.com |

TOTAL: 5



_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF NEW MEXICO

In re:

FRED DALE VAN WINKLE,                      Case No. 13-11743-t7

      Debtor.

---

BRIAN VAN WINKLE, not in his personal
capacity but solely as co-personal representative
of the estate of Fred Van Winkle, and                      Adv. No. 20-01022-t
TAMMY SPRAGUE, not in her personal
capacity but solely as co-personal representative
of the estate of Fred Van Winkle,
                Plaintiffs,
      v.

BELLEVIEW VALLEY LAND CO., a New
Mexico corporation, JOHN H. WILLIAMS,
and ELLEN B. WILLIAMS,
                Defendants.

1

## ORDER EXTENDING DEADLINES

**THIS MATTER** came before the Court upon the Motion of Plaintiffs requesting the extension of certain deadlines so all response deadlines coincide. The Court finds that no notice of the Motion was required and that the Motion is well-taken.

**IT IS THEREFORE ORDERED THAT** Plaintiffs' deadline to file their Reply to Document # 40, Defendants' Response to Court's Proposal to Grant Summary Judgment for the Plaintiffs, is extended to Wednesday, April 21, 2021.

**IT IS FURTHER ORDERED THAT** Plaintiffs' deadline to file their Response to Document # 41, Defendants'Motion to Dismiss and Supporting Brief for Lack of Jurisdiction, is extended to Wednesday, April 21, 2021.

**IT IS FURTHER ORDERED THAT** Plaintiffs may, if they choose, include the two responsive pleadings above into an omnibus response that also responds to Document # 42, Defendants' Second Motion for Summary Judgment Against Plaintiffs and Supporting Brief.

*Submitted by:*

**GAFFNEY LAW, PC**

By____*/s Prepared on April 9, 2021*___
      Joel Alan Gaffney, Esq.
      PO Box 3460
      Albuquerque, NM 87190
      (505) 226-1748
      joel@gaffneylaw.com
      Attorney for Plaintiffs

2