IT IS ORDERED

Date Entered on Docket: April 28, 2021



_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# FOR THE
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| **In re:** | |
| **Fred Dale Van Winkle**, | |
| Debtor, | Case No. 13-11743-t7 |
| and | |
| | |
| **Brian Van Winkle**, not in his personal capacity but solely as co–personal representative of the estate of Fred Van Winkle, and **Tammy Sprague**, not in her personal capacity but solely as co–personal representative of the estate of Fred Van Winkle, | |
| Plaintiffs, | |
| vs. | Adv. No. 20-01022t |
| | |
| **Belleview Valley Land Co.**, a New Mexico corporation, **John H. Williams**, and **Ellen B. Williams**, | |
| Defendants. | |

# STIPULATED ORDER SETTING DEADLINE FOR DEFENDANTS TO FILE REPLY/RESPONSE TO PLAINTIFFS' OMNIBUS RESPONE FILED APRIL 21, 2021 (DOC. 46)

**THIS MATTER** came before this Court upon the stipulation of the parties that the Defendants have fourteen (14) days to respond to the Defendants' *Omnibus Response* (Doc. 46) that was filed on April 21, 2021.

**IT IS THEREFORE ORDERED** Defendants have fourteen (14) days from April 21, 2021 to reply to Plaintiffs' *Omnibus Response* (Doc. 46).

##END OF ORDER##

**APPROVED & STIPULATED TO:**

**Gaffney Law, P.C.**

    Approved via email 4.23.21

By_____

    Joel Alan Gaffney
    P.O. Box 3460
    Albuquerque, NM 87190
    (505) 255-1748
    e–mail: joel@gaffneylaw.com
    Attorney for Plaintiffs

**Martin, Dugan & Martin**

By_____

    W. T. Martin, Jr.
    509 W. Pierce St.
    P.O. Box 2168
    Carlsbad, NM 88221-2168
    (575) 887-3528
    Fax (575) 887-2136
    e-mail: martinlaw@zianet.com
    Attorney for Defendants