# Notice Recipients

District/Off: 1084–1     User: admin     Date Created: 4/28/2021
Case: 20–01022–t     Form ID: pdfor1     Total: 3

**Recipients of Notice of Electronic Filing:**
aty     Joel Alan Gaffney     joel@gaffneylaw.com
aty     W. T. Martin Jr.     martinlaw@zianet.com

    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust     United States Trustee     PO Box 608     Albuquerque, NM 87103–0608

    TOTAL: 1