United States Bankruptcy Court
District of New Mexico

Van Winkle,
    Plaintiff

Belleview Valley Land Co.,
    Defendant

Adv. Proc. No. 20-01022-t

# CERTIFICATE OF NOTICE

District/off: 1084-1      User: admin      Page 1 of 1
Date Rcvd: Apr 28, 2021      Form ID: pdfor1      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | Email/Text: USTPREGION20.OC.ECF@USDOJ.GOV | Apr 29 2021 00:22:00 | United States Trustee, PO Box 608, Albuquerque, NM 87103-0608 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joel Alan Gaffney | on behalf of Plaintiff Tammy Sprague joel@gaffneylaw.com 5519@notices.nextchapterbk.com;paul@gaffneylaw.com |
| Joel Alan Gaffney | on behalf of Plaintiff Brian Van Winkle joel@gaffneylaw.com 5519@notices.nextchapterbk.com;paul@gaffneylaw.com |
| W. T. Martin Jr. | on behalf of Defendant Ellen B. Williams martinlaw@zianet.com cgalloway@lawmdm.com |
| W. T. Martin Jr. | on behalf of Defendant John H. Williams martinlaw@zianet.com cgalloway@lawmdm.com |
| W. T. Martin Jr. | on behalf of Defendant Belleview Valley Land Co. martinlaw@zianet.com cgalloway@lawmdm.com |

TOTAL: 5

**IT IS ORDERED**

**Date Entered on Docket: April 28, 2021**



_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# FOR THE
# DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **In re:** | ) | |
| **Fred Dale Van Winkle**, | ) | |
| Debtor, | ) | Case No. 13-11743-t7 |
| and | ) | |
| | ) | |
| **Brian Van Winkle**, not in his personal capacity but | ) | |
| solely as co–personal representative | ) | |
| of the estate of Fred Van Winkle, and **Tammy** | ) | |
| **Sprague**, not in her personal capacity but solely as | ) | |
| co–personal representative of the estate of Fred Van | ) | |
| Winkle, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Adv. No. 20-01022t |
| | ) | |
| **Belleview Valley Land Co.**, a New Mexico | ) | |
| corporation, **John H. Williams**, and **Ellen B.** | ) | |
| **Williams**, | ) | |
| Defendants. | ) | |

**STIPULATED ORDER SETTING DEADLINE FOR DEFENDANTS TO FILE REPLY/RESPONSE TO PLAINTIFFS' OMNIBUS RESPONE FILED APRIL 21, 2021 (DOC. 46)**

1

**THIS MATTER** came before this Court upon the stipulation of the parties that the Defendants have fourteen (14) days to respond to the Defendants' *Omnibus Response* (Doc. 46) that was filed on April 21, 2021.

**IT IS THEREFORE ORDERED** Defendants have fourteen (14) days from April 21, 2021 to reply to Plaintiffs' *Omnibus Response* (Doc. 46).

##END OF ORDER##

**APPROVED & STIPULATED TO:**

**Gaffney Law, P.C.**

    Approved via email 4.23.21

By_____

    Joel Alan Gaffney
    P.O. Box 3460
    Albuquerque, NM 87190
    (505) 255-1748
    e–mail: joel@gaffneylaw.com
    Attorney for Plaintiffs

**Martin, Dugan & Martin**

By_____

    W. T. Martin, Jr.
    509 W. Pierce St.
    P.O. Box 2168
    Carlsbad, NM 88221-2168
    (575) 887-3528
    Fax (575) 887-2136
    e-mail: martinlaw@zianet.com
    Attorney for Defendants