**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**

**In re:**

Fred Dale Van Winkle and Associated Case in BAP,
    Debtor(s).

Brian Van Winkle, et al.,
    Plaintiff(s),

v.

Belleview Valley Land Co., et al.,
    Defendant(s).

### NOTICE OF STATUS CONFERENCE

Notice is hereby given that a status conference will be held on:

**Monday, June 14, 2021 at 10:00 AM, before the Honorable David T. Thuma, Judge Thuma's Hearing Room, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, 5th Floor, Albuquerque, NM 87102.**

(Document number, referenced docket text, and filer as shown below):

*1* – Adversary case 20–01022. (91 (Declaratory judgment)), (14 (Recovery of money/property – other)): Complaint by Brian Van Winkle, Tammy Sprague against Belleview Valley Land Co., Inc., John Williams, Ellen Williams. Fee Amount $350. (Gaffney, Joel)

                                       **BY ORDER OF THE COURT**
                                       Lana Merewether
                                       Clerk of Court

_____

Appearing by telephone: Counsel/parties may appear via telephone if a request is made in advance by calling the chambers of Judge Thuma at (505) 600–4640 or by e–mail to thumastaff@nmb.uscourts.gov.

nm_ntchrgprlmap.jsp – 5/21/21