# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1084–1 | User: admin | Date Created: 5/21/2021 |
| Case: 20–01022–t | Form ID: prlhrgap | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty    Joel Alan Gaffney    joel@gaffneylaw.com
aty    W. T. Martin Jr.    martinlaw@zianet.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust    United States Trustee    PO Box 608    Albuquerque, NM 87103–0608
    Brian Van Winkle    PO Box 2595    Ruidoso, NM 88355

TOTAL: 2