UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

In re:

FRED DALE VAN WINKLE,

        Debtor(s).

Case No. 13-11743-T7

---

BRIAN VAN WINKLE, and
TAMMY SPRAGUE,
Co-Personal Representatives,

    Plaintiffs,

vs.

Adv. No: 20-01022-T

BELLEVIEW VALLEY LAND CO.,
JOHN WILLIAMS, and
ELLEN B. WILLIAMS,

    Defendant.

## ENTRY OF APPEARANCE AND NOTICE OF INTENT TO FILE ELECTRONICALLY

Davis Miles McGuire Gardner, PLLC (Ron Holmes), hereby enters his appearance in this matter on behalf of Plaintiff Brian Van Winkle.

I certify that I intend to file in this matter electronically.

        Respectfully submitted,

        DAVIS MILES MCGUIRE GARDNER, PLLC

        s/submitted electronically
        Ron Holmes
        Attorney for Plaintiff
        320 Gold Ave. SW, Suite 1111
        Albuquerque, NM 87102
        Telephone: (505) 268-3999
        Facsimile: (505) 243-6448

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was transmitted via electronic noticing to:

- W. T. Martin Jr.     martinlaw@zianet.com, cgalloway@lawmdm.com

and was served by first class mail, postage prepaid on the following parties in interest:

- None

on this 11th day of June, 2021.

Electronically filed
Ron Holmes