Pete V. Domenici U.S. Courthouse
333 Lomas Blvd. NW, 5th Floor
Albuquerque, NM 87102
505–415–7999/866–291–6805
www.nmb.uscourts.gov

Case No.:   13–11743–t7
Adversary No.:   20–01022–t
Judge:  David T. Thuma
Judge/Location:  TR

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

**In re:**

Fred Dale Van Winkle and Associated Case in BAP,
        Debtor(s).


Brian Van Winkle, et al.,
        Plaintiff(s),

v.

Belleview Valley Land Co., et al.,
        Defendant(s).


## <u>NOTICE OF CONTINUED STATUS CONFERENCE</u>

Notice is hereby given that a continued status conference will be held on:

**Monday, July 12, 2021 at 10:30 AM, before the Honorable David T. Thuma, Judge Thuma's Hearing Room, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, 5th Floor, Albuquerque, NM 87102.**

(Document number, referenced docket text, and filer as shown below):

*1* – Adversary case 20–01022. (91 (Declaratory judgment)), (14 (Recovery of money/property – other)): Complaint by Brian Van Winkle, Tammy Sprague against Belleview Valley Land Co., Inc., John Williams, Ellen Williams. Fee Amount $350. (Gaffney, Joel)


**BY ORDER OF THE COURT**
Lana Merewether
Clerk of Court

_____

<u>Appearing by telephone</u>: Counsel/parties may appear via telephone if a request is made in advance by calling the chambers of Judge Thuma at (505) 600–4640 or by e–mail to thumastaff@nmb.uscourts.gov.

nm_ntchrgprlmap.jsp – 6/17/21