# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1084–1 | User: admin | Date Created: 6/17/2021 |
| Case: 20–01022–t | Form ID: prlhrgap | Total: 4 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
pla      Tammy Sprague

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
aty      Ronald E Holmes      rholmes@davismiles.com
aty      W. T. Martin Jr.      martinlaw@zianet.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust      United States Trustee      PO Box 608      Albuquerque, NM 87103–0608

TOTAL: 1