Van Winkle,

    Plaintiff

Belleview Valley Land Co.,

    Defendant

Adv. Proc. No. 20-01022-t

# CERTIFICATE OF NOTICE

District/off: 1084-1      User: admin      Page 1 of 1
Date Rcvd: Jun 17, 2021      Form ID: prlhrgap      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | Email/Text: USTPREGION20.OC.ECF@USDOJ.GOV | Jun 17 2021 22:30:00 | United States Trustee, PO Box 608, Albuquerque, NM 87103-0608 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Tammy Sprague |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2021      Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ronald E Holmes | on behalf of Plaintiff Brian Van Winkle rholmes@davismiles.com efile.dockets@davismiles.com;apotter@davismiles.com;holmesrr91948@notify.bestcase.com |
| W. T. Martin Jr. | on behalf of Defendant Ellen B. Williams martinlaw@zianet.com cgalloway@lawmdm.com |
| W. T. Martin Jr. | on behalf of Defendant John H. Williams martinlaw@zianet.com cgalloway@lawmdm.com |
| W. T. Martin Jr. | on behalf of Defendant Belleview Valley Land Co. martinlaw@zianet.com cgalloway@lawmdm.com |

TOTAL: 4

Pete V. Domenici U.S. Courthouse
333 Lomas Blvd. NW, 5th Floor
Albuquerque, NM 87102
505−415−7999/866−291−6805
www.nmb.uscourts.gov

Case No.: 13−11743−t7
Adversary No.: 20−01022−t
Judge: David T. Thuma
Judge/Location: TR

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re:**

Fred Dale Van Winkle and Associated Case in BAP,
    Debtor(s).

Brian Van Winkle, et al.,
    Plaintiff(s),

v.

Belleview Valley Land Co., et al.,
    Defendant(s).

## NOTICE OF CONTINUED STATUS CONFERENCE

Notice is hereby given that a continued status conference will be held on:

**Monday, July 12, 2021 at 10:30 AM, before the Honorable David T. Thuma, Judge Thuma's Hearing Room, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, 5th Floor, Albuquerque, NM 87102.**

(Document number, referenced docket text, and filer as shown below):

*1* − Adversary case 20−01022. (91 (Declaratory judgment)), (14 (Recovery of money/property − other)): Complaint by Brian Van Winkle, Tammy Sprague against Belleview Valley Land Co., Inc., John Williams, Ellen Williams. Fee Amount $350. (Gaffney, Joel)

                **BY ORDER OF THE COURT**
                Lana Merewether
                Clerk of Court

_____

Appearing by telephone: Counsel/parties may appear via telephone if a request is made in advance by calling the chambers of Judge Thuma at (505) 600−4640 or by e−mail to thumastaff@nmb.uscourts.gov.

nm_ntchrgprlmap.jsp − 6/17/21