# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1084–1 | User: admin | Date Created: 7/2/2021 |
| Case: 20–01022–t | Form ID: pdfor1 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty     Ronald E Holmes     rholmes@davismiles.com
aty     W. T. Martin Jr.     martinlaw@zianet.com

                                                                                                                                         TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
        Paul Fish     Modrall Sperling     500 Fourth Street NW, Suite 1000     Albuquerque N.M. 87102

                                                                                                                                           TOTAL: 1