IT IS ORDERED

Date Entered on Docket: September 20, 2021



_____
**The Honorable David T. Thuma
United States Bankruptcy Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW MEXICO

In re:

FRED DALE VAN WINKLE,

        Debtor(s).

Case No. 13-11743-T7

---

BRIAN VAN WINKLE, and
TAMMY SPRAGUE,
Co-Personal Representatives,

    Plaintiffs,

vs.

Adv. No: 20-01022-T

BELLEVIEW VALLEY LAND CO.,
JOHN WILLIAMS, and
ELLEN B. WILLIAMS,

    Defendant.

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

THIS MATTER having come before the Court on the Motion to Withdraw as Counsel for Plaintiff (doc. ??), the Movant, Davis Miles McGuire Gardner, PLLC (Ron Holmes) appearing,

the Court having considered the pleadings on file and being otherwise sufficiently advised in the premises FINDS:

1. Movant filed an Motion to Withdraw as Counsel for Plaintiff ("Motion") on September 16, 2021 (doc. 61).

2. Movant served its Motion on September 16, 2021 on Plaintiff.

3. Pursuant to Local Rule 9010-2(b), the Court may grant a Motion to withdraw without notice when the Plaintiff consents.

4. Movant provided a redacted copy of an email showing client's consent.

5. The Motion is well taken and should be granted without notice pursuant to Local Rule 9010-2(b).

6. No just reason exists to delay entry hereof.

IT IS THEREFORE ORDERED that Counsel for Plaintiff, Davis Miles McGuire Gardner, PLLC (Ron Holmes) Motion to withdraw as counsel of record for Plaintiff is granted as the Plaintiff has consented to the relief requested in the motion.

### END OF DOCUMENT ###

Respectfully submitted,

DAVIS MILES MCGUIRE GARDNER, PLLC

Approved and sent by e-orders
Ron Holmes
Attorney for Plaintiff
320 Gold SW, Suite 1111
Albuquerque, NM 87102
(505) 268-3999
(505) 243-6448 fax

Parties entitled to notice:

Brian Van Winkle
P.O. Box 2595
Ruidoso, NM 88355