# Notice Recipients

District/Off: 1084–1  User: admin  Date Created: 9/20/2021
Case: 20–01022–t  Form ID: pdfor1  Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty  Ronald E Holmes  Davis Miles McGuire Gardner, PLLC  320 Gold SW  Suite 1111  Albuquerque, NM 87102
  Brian Van Winkle  P.O. Box 2595  Ruidoso, NM 88355

TOTAL: 2