United States Bankruptcy Court
District of New Mexico

Van Winkle,
    Plaintiff

Belleview Valley Land Co.,
    Defendant

Adv. Proc. No. 20-01022-t

# CERTIFICATE OF NOTICE

| District/off: 1084-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Sep 20, 2021 | Form ID: pdfor1 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Ronald E Holmes, Davis Miles McGuire Gardner, PLLC, 320 Gold SW, Suite 1111, Albuquerque, NM 87102-3246 |
|  | + Brian Van Winkle, P.O. Box 2595, Ruidoso, NM 88355-2595 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ronald E Holmes | on behalf of Plaintiff Brian Van Winkle rholmes@davismiles.com<br>efile.dockets@davismiles.com;apotter@davismiles.com;holmesrr91948@notify.bestcase.com |
| W. T. Martin Jr. | on behalf of Defendant Ellen B. Williams martinlaw@zianet.com  cgalloway@lawmdm.com |
| W. T. Martin Jr. | on behalf of Defendant John H. Williams martinlaw@zianet.com  cgalloway@lawmdm.com |
| W. T. Martin Jr. | on behalf of Defendant Belleview Valley Land Co. martinlaw@zianet.com  cgalloway@lawmdm.com |

TOTAL: 4

**IT IS ORDERED**

**Date Entered on Docket: September 20, 2021**



_____
**The Honorable David T. Thuma
United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW MEXICO

In re:

FRED DALE VAN WINKLE,

        Debtor(s).

Case No. 13-11743-T7

_____

BRIAN VAN WINKLE, and
TAMMY SPRAGUE,
Co-Personal Representatives,

    Plaintiffs,

vs.                                                                                             Adv. No: 20-01022-T

BELLEVIEW VALLEY LAND CO.,
JOHN WILLIAMS, and
ELLEN B. WILLIAMS,

    Defendant.

## **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

THIS MATTER having come before the Court on the Motion to Withdraw as Counsel for

Plaintiff (doc. ??), the Movant, Davis Miles McGuire Gardner, PLLC (Ron Holmes) appearing,

the Court having considered the pleadings on file and being otherwise sufficiently advised in the premises FINDS:

1. Movant filed an Motion to Withdraw as Counsel for Plaintiff ("Motion") on September 16, 2021 (doc. 61).

2. Movant served its Motion on September 16, 2021 on Plaintiff.

3. Pursuant to Local Rule 9010-2(b), the Court may grant a Motion to withdraw without notice when the Plaintiff consents.

4. Movant provided a redacted copy of an email showing client's consent.

5. The Motion is well taken and should be granted without notice pursuant to Local Rule 9010-2(b).

6. No just reason exists to delay entry hereof.

IT IS THEREFORE ORDERED that Counsel for Plaintiff, Davis Miles McGuire Gardner, PLLC (Ron Holmes) Motion to withdraw as counsel of record for Plaintiff is granted as the Plaintiff has consented to the relief requested in the motion.

### END OF DOCUMENT ###

Respectfully submitted,

DAVIS MILES MCGUIRE GARDNER, PLLC

Approved and sent by e-orders
Ron Holmes
Attorney for Plaintiff
320 Gold SW, Suite 1111
Albuquerque, NM  87102
(505) 268-3999
(505) 243-6448 fax

Parties entitled to notice:

Brian Van Winkle
P.O. Box 2595
Ruidoso, NM 88355