# Notice Recipients

District/Off: 1084−1          User: admin               Date Created: 9/27/2021

Case: 20−01022−t             Form ID: prlhrgap         Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
pla          Tammy Sprague

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
aty          W. T. Martin Jr.        martinlaw@zianet.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla          Brian Van Winkle        702 White Mountain Dr. #11        Ruidoso, NM 88355

TOTAL: 1