United States Bankruptcy Court
District of New Mexico

Van Winkle,
    Plaintiff

Belleview Valley Land Co.,
    Defendant

Adv. Proc. No. 20-01022-t

# CERTIFICATE OF NOTICE

District/off: 1084-1      User: admin      Page 1 of 1
Date Rcvd: Sep 27, 2021      Form ID: prlhrgap      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

**Recip ID**      **Recipient Name and Address**
pla      + Brian Van Winkle, 702 White Mountain Dr. #11, Ruidoso, NM 88345-7729

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**      **Bypass Reason**      **Name and Address**
pla           Tammy Sprague

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 29, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| W. T. Martin Jr. | on behalf of Defendant Ellen B. Williams martinlaw@zianet.com cgalloway@lawmdm.com |
| W. T. Martin Jr. | on behalf of Defendant John H. Williams martinlaw@zianet.com cgalloway@lawmdm.com |
| W. T. Martin Jr. | on behalf of Defendant Belleview Valley Land Co. martinlaw@zianet.com cgalloway@lawmdm.com |

TOTAL: 3

Pete V. Domenici U.S. Courthouse
333 Lomas Blvd. NW, 5th Floor
Albuquerque, NM 87102
505−415−7999/866−291−6805
www.nmb.uscourts.gov

Case No.: 13−11743−t7
Adversary No.: 20−01022−t
Judge: David T. Thuma
Judge/Location: TR

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re:**

Fred Dale Van Winkle and Associated Case in BAP,
    Debtor(s).

Brian Van Winkle, et al.,
    Plaintiff(s),

v.

Belleview Valley Land Co., et al.,
    Defendant(s).

## NOTICE OF PRELIMINARY HEARING

Notice is hereby given that a preliminary hearing will be held on:

**Friday, October 1, 2021 at 09:00 AM, before the Honorable David T. Thuma, Brazos Courtroom, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, 5th Floor, Albuquerque, NM 87102.**

(Document number, referenced docket text, and filer as shown below):

*59* − Motion Joint Motion to Approve Settlement Filed by Defendant Belleview Valley Land Co. (Martin Jr., W. T.)

                          **BY ORDER OF THE COURT**
                          Lana Merewether
                          Clerk of Court

_____

Appearing by telephone: Counsel/parties may appear via telephone if a request is made in advance by calling the chambers of Judge Thuma at (505) 600−4640 or by e−mail to thumastaff@nmb.uscourts.gov.

nm_ntchrgprlmap.jsp − 9/27/21