UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

FRED DALE VAN WINKLE,                                          No. 13-11743 t7

      Debtor.

BRIAN VAN WINKLE and
TAMMY SPRAGUE,
Co-personal representatives,

      Plaintiffs,

v.                                                                             Adv. No. 20-1022 t

BELLEVIEW VALLEY LAND CO.,
JOHN H. WILLIAMS, and
ELLEN B. WILLIAMS,

      Defendants.

### ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT

       Before the Court is the Parties' Joint Motion to Approve Settlement Agreement, filed August 30, 2021, doc. 59 (the "Motion"), and the objection thereto filed by Brian Van Winkle on September 20, 2021, doc. 63. For the reasons set out in the opinion entered herewith, the Court finds that the Motion is well taken and should be granted.

       IT IS THEREFORE ORDERED that the Motion is granted.

_____
Hon. David T. Thuma
United States Bankruptcy Court

Entered: November 3, 2021

Copies to: Counsel of record

Brian Van Winkle
702 White Mountain Drive #11
Ruidoso, N.M. 88355