# Notice Recipients

District/Off: 1084–1  User: admin  Date Created: 11/3/2021
Case: 20–01022–t  Form ID: pdfor1  Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla   Brian Van Winkle   702 White Mountain Dr. #11   Ruidoso, NM 88355
pla   Tammy Sprague   1007 Ellendale   Las Cruces, NM 88005

TOTAL: 2