United States Bankruptcy Court
District of New Mexico

Van Winkle,
    Plaintiff

Belleview Valley Land Co.,
    Defendant

Adv. Proc. No. 20-01022-t

# CERTIFICATE OF NOTICE

| District/off: 1084-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Nov 03, 2021 | Form ID: pdfor1 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Brian Van Winkle, 702 White Mountain Dr. #11, Ruidoso, NM 88345-7729 |
| pla | + | Tammy Sprague, 1007 Ellendale, Las Cruces, NM 88005-1236 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| W. T. Martin Jr. | on behalf of Defendant Ellen B. Williams martinlaw@zianet.com cgalloway@lawmdm.com |
| W. T. Martin Jr. | on behalf of Defendant John H. Williams martinlaw@zianet.com cgalloway@lawmdm.com |
| W. T. Martin Jr. | on behalf of Defendant Belleview Valley Land Co. martinlaw@zianet.com cgalloway@lawmdm.com |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

FRED DALE VAN WINKLE,                          No. 13-11743 t7

    Debtor.

BRIAN VAN WINKLE and
TAMMY SPRAGUE,
Co-personal representatives,

    Plaintiffs,

v.                                                  Adv. No. 20-1022 t

BELLEVIEW VALLEY LAND CO.,
JOHN H. WILLIAMS, and
ELLEN B. WILLIAMS,

    Defendants.

## **ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT**

Before the Court is the Parties' Joint Motion to Approve Settlement Agreement, filed August 30, 2021, doc. 59 (the "Motion"), and the objection thereto filed by Brian Van Winkle on September 20, 2021, doc. 63. For the reasons set out in the opinion entered herewith, the Court finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Motion is granted.

_____
Hon. David T. Thuma
United States Bankruptcy Court

Entered: November 3, 2021

Copies to: Counsel of record

Brian Van Winkle
702 White Mountain Drive #11
Ruidoso, N.M. 88355